AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

SEAN L. MITCHELL,

     Petitioner,     JUDGMENT IN A CIVIL CASE

V.

     CASE NUMBER: **3:07-CV-00614-ECR-RAM**

STATE OF NEVADA, et al.,

     Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

   February 28, 2008                               **LANCE S. WILSON**
                                                                         Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                        Deputy Clerk